The following constitutes the order of the Court.
Signed: September 3, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

SANDI M. COLABIANCHI (SBN 193872)
scolabianchi@grsm.com
MIGUEL SALDAÑA (SBN 299960)
masaldana@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 986-5900
Fax: (415) 986-8054

Attorneys for Doris A. Kaelin,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ABDUL HAMEED and<br>NAILA M. HAMEED,<br><br>Debtors. | CASE NO. 19-51412-MEH<br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO IMPOSE AUTOMATIC STAY**<br><br>Date: August 23, 2019<br>Time: 10:00 a.m. |

The Trustee's Motion to Impose Automatic Stay ("Motion") came on for hearing on August 23, 2019 at 10:00 a.m. Appearances are noted on the record. The Court having considered the papers and pleadings, arguments at the hearing, and good cause appearing,

IT IS ORDERED as follows:

1. For the reasons stated on the record, the Motion is GRANTED;

2. The automatic stay under section 362 of the Bankruptcy Code is imposed on all creditors through and including December 6, 2019;

3. The relief granted in this Order is without prejudice to the Trustee or any other party in interest from seeking further relief.

**END OF ORDER**

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | **Abdul Hameed and Naila M. Hameed** |
| 3 | 5202 Silvercrest Ridge Ct<br>San Jose, CA 95135 |

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1192811/47054531v.1